JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLING SUSANA LOPEZ,<br><br>   Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | CASE NO. 11-02677 R (SHx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT UNITED STATES OF AMERICA**<br><br>The Honorable Manuel L. Real |

  Defendant United States of America's motion for summary judgment came on for hearing on March 19, 2012, the Honorable Manuel L. Real, District Judge Presiding. In addition to the summary judgment papers filed in support and opposition of the motion, Plaintiff presented evidence of the curriculum vitae of her expert witness, Steven Jacobs, M.D., at the hearing which had not been previously filed or disclosed. The Court reviewed the document. Both parties presented argument. The Court having fully considered the evidence presented, the issues duly heard and a decision having been duly rendered,

///

///

IT IS ORDERED AND ADJUDGED that:

1. Defendant United States of America's motion for summary judgment is GRANTED in all respects.

2. Judgment is entered in favour of the United States; and

3. Defendant United States of America shall also recover its costs.

Dated: APRIL 4, 2012

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Submitted by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

       /s/ Chung H. Han
CHUNG H. HAN
Assistant United States Attorney

Attorneys for Defendant
United States of America